IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | PO-24-05043-KLD |
|---|---|
| Plaintiff, | VIOLATION: E1085788 |
| vs. | Location Code: NBRM |
| DEL O CRAWFORD, | ORDER |
| Defendant. | |

Based upon the unopposed motion of the United States and for good cause appearing, **IT IS HEREBY ORDERED** that the citation is **DISMISSED**.

**IT IS FURTHER ORDERED** that the bench trial scheduled for August 28, 2024, is **VACATED**.

DATED this 5th day of August. 2024

_____
KATHLEEN L. DESOTO
United States Magistrate Judge